ANNE MILGRAM
Attorney General of New Jersey
Attorney for Defendant
Trooper Brian Long
R.J. Hughes Justice Complex
PO Box 112
Trenton, New Jersey  08625-0112

By: Vincent J. Rizzo, Jr. (VR 3441)
    Deputy Attorney General
    (609) 292-8582

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

|  |  |
|---|---|
| FRANK MOBILIO, | : HON. WILLIAM H. WALLS, U.S.D.J. |
|  | : |
| Plaintiffs, | : |
|  | : Civil Action No.: 07-3945 (WHW) |
| v. | : |
|  | : |
| THE DIVISION OF LAW and PUBLIC SAFETY OF THE STATE OF NEW JERSEY, THE DIVISION OF NEW JERSEY STATE POLICE, DETECTIVE LONG, | : NOTICE OF MOTION FOR SUMMARY JUDGMENT |
|  | : |
| Defendants. | : |

TO:  CLERK OF THE COURT
     United States District Court
     Martin Luther King, Jr.
     Federal Bldg & Courthouse
     Room 4046
     50 Walnut Street
     Newark, NJ 07102

George T. Daggett, Esquire
Daggett, Kraemer, Eliades,
Kovich & Ursin
328D Sparta Avenue
Sparta, NJ 07871

PLEASE TAKE NOTICE that on a date and time to be set by the Court, the undersigned, Anne Milgram, Attorney General of New Jersey, by Vincent J. Rizzo, Jr., Deputy Attorney General, on behalf of defendant, Trooper Brian Long, shall move for Summary Judgment, before the Honorable William H. Walls, U.S.D.J., in the United States District Courthouse, Newark, New Jersey, for an Order for Summary Judgment in favor of these defendants.

PLEASE TAKE NOTICE that the undersigned will rely upon the attached brief and exhibits.

          ANNE MILGRAM
          ATTORNEY GENERAL OF NEW JERSEY
          Attorney for Defendant

          /s/ Vincent J. Rizzo, Jr.
By: _____
    Vincent J. Rizzo, Jr.
    Deputy Attorney General

Dated: March 27, 2009