PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625-0112
Phone:  (609)-292-8582
Attorney for Defendants, Division of
  Law & Public Safety of the State of New Jersey,
  Division of New Jersey State Police,
  Detective Long

By:  Vincent J. Rizzo, Jr. (VJR 3441)
     Deputy Attorney General


                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                        VICINAGE OF NEWARK


_____
                              : HON. WILLIAM H. WALLS, U.S.D.J.
FRANK MOBILIO,                :
                              : CIVIL ACTION NO. 07-3945 (WHW)
              Plaintiff,      :
                              :
     v.                       :
                              :
DIVISION OF LAW & PUBLIC      :
SAFETY OF THE STATE OF        :
NEW JERSEY, DIVISION OF       :
NEW JERSEY STATE POLICE,      : NOTICE OF MOTION TO SEAL
DETECTIVE LONG,               : PORTION OF THE RECORD
                              : DESIGNATED AS PACER
              Defendants.     : DOCUMENT NUMBERS 25, 27 AND 30
_____:


TO:  CLERK OF THE COURT
     U.S. District Court for the
     District of New Jersey
     M.L. King, Jr. Courthouse
     50 Walnut Street
     Newark, NJ 07102


                                1

George T. Daggett, Esquire
Daggett, Kraemer, Kovach & Gjelsvik
328 D Sparta Avenue
Sparta, NJ  07871

PLEASE TAKE NOTICE that at a date and time to be set by the Court, the undersigned Paula T. Dow, Attorney General of New Jersey, by Vincent J. Rizzo, Jr., Deputy Attorney General, on behalf of defendants, the Division of Law & Public Safety of the State of New Jersey, the Division of New Jersey State Police and Detective Long, shall move before the Honorable William H. Walls, U.S.D.J., for an Order, pursuant to Fed.R.Civ.P. 5.2(e), sealing that portion of the record designated as PACER DOCUMENT NUMBERS 25, 27 and 30.

PLEASE TAKE NOTICE that the undersigned will rely on the attached certification in support of the motion.

A proposed form of order is attached hereto.

                  PAULA T. DOW
                  ATTORNEY GENERAL OF NEW JERSEY


By: s/ Vincent J. Rizzo, Jr.
    Vincent J. Rizzo, Jr.
    Deputy Attorney General

DATED:    June 18, 2010