```
PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625-0112
Phone:  (609)-292-8582
Attorney for Defendants, Division of
  Law & Public Safety of the State of New Jersey,
  Division of New Jersey State Police,
  Detective Long

By:  Vincent J. Rizzo, Jr. (VJR 3441)
     Deputy Attorney General
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| _____ : | HON. WILLIAM H. WALLS, U.S.D.J. |
| FRANK MOBILIO,              : | |
|                             : | CIVIL ACTION NO. 07-3945 (WHW) |
|           Plaintiff,        : | |
|                             : | |
|      v.                     : | |
|                             : | |
| DIVISION OF LAW & PUBLIC    : | |
| SAFETY OF THE STATE OF      : | |
| NEW JERSEY, DIVISION OF     : | STATEMENT THAT NO BRIEF IS |
| NEW JERSEY STATE POLICE,    : | NECESSARY IN ACCORDANCE WITH |
| DETECTIVE LONG,             : | GENERAL RULE 12(c) |
|                             : | |
|           Defendants.       : | |
| _____ : | |

       I, Vincent J. Rizzo, Jr., Deputy Attorney General, assigned to represent defendants, the Division of Law & Public Safety of the State of New Jersey, the Division of New Jersey State Police and Detective Brian Long, do hereby certify that no brief is necessary in support of the defendants' application for an Order

1

sealing certain portions of the PACER DOCUMENTS, as reliance will be made on the attached certification.

                        PAULA T. DOW
                        ATTORNEY GENERAL OF NEW JERSEY

                 By: s/ Vincent J. Rizzo, Jr.
                     Vincent J. Rizzo, Jr.
                     Deputy Attorney General

DATED:   June 18, 2010