PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625-0112
Phone:  (609)-292-8582

Attorney for Defendants, Division of
  Law & Public Safety of the State of New Jersey,
  Division of New Jersey State Police,
  Detective Long

By:  Vincent J. Rizzo, Jr. (VJR 3441)
     Deputy Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| FRANK MOBILIO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DIVISION OF LAW & PUBLIC SAFETY OF THE STATE OF NEW JERSEY, DIVISION OF NEW JERSEY STATE POLICE, DETECTIVE LONG,<br><br>　　　　　　Defendants. | HON. WILLIAM H. WALLS, U.S.D.J.<br><br>CIVIL ACTION NO. 07-3945 (WHW)<br><br><br><br>ORDER |

　　　This matter having come before the Court on a motion of Paula T. Dow, Attorney General of New Jersey, by Vincent J. Rizzo, Jr., Deputy Attorney General, appearing on behalf of defendants, the Division of Law & Public Safety of the State of New Jersey, the Division of New Jersey State Police, and Detective Brian Long, and the Court having considered the papers submitted herein, and noting

1

the consent of plaintiff to entry of the requested order, and for good cause shown;

IT IS on this _21_ day of _June_, 2010;

ORDERED that, pursuant to Fed.R.Civ.P. 5.2(e), all documents listed as exhibits and/or attached to pleadings and identified as exhibits, in PACER DOCUMENT NUMBERS 25, 27 and 30 shall be sealed and that remote electronic access to said documents by non-parties shall be prohibited.

_____
WILLIAM H. WALLS, U.S.D.J.